**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ANDY CARTER**                                              **CIVIL ACTION**

**VERSUS**                                                        **NO. 09-3401**

**WARDEN AL STRAIN, ET AL.**                          **SECTION: "A"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 30th day of July, 2009.

_____
**UNITED STATES DISTRICT JUDGE**